**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-13387 |
| | § | |
| PABLO A. MONROY | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 01/08/2015, in Courtroom 680, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/12/2014                By: /s/ David P. Leibowitz
                                            Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:  § Case No. 13-13387
§
PABLO A. MONROY §
§
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $12,500.00
*and approved disbursements of* $151.73
*leaving a balance on hand of[1]:* $12,348.27

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $12,348.27

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $2,000.00 | $0.00 | $2,000.00 |
| David P. Leibowitz, Trustee Expenses | $2.06 | $0.00 | $2.06 |
| Lakelaw, Attorney for Trustee Fees | $4,172.50 | $0.00 | $4,172.50 |
| Lakelaw, Attorney for Trustee Expenses | $23.19 | $0.00 | $23.19 |

Total to be paid for chapter 7 administrative expenses: $6,197.75
Remaining balance: $6,150.52

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $6,150.52

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $6,150.52

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $13,660.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 45.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $13,660.00 | $0.00 | $6,150.52 |

Total to be paid to timely general unsecured claims: $6,150.52
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata*

**UST Form 101-7-NFR (10/1/2010)**

only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
               Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 13-13387-JPC
Pablo A. Monroy                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ahamilton          Page 1 of 2          Date Rcvd: Dec 15, 2014
                              Form ID: pdf006          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2014.
```
db         +Pablo A. Monroy,    314 Chaparral Circle,    Elgin, IL 60120-4855
aty        +Lakelaw,   420 W. Clayton Street,    Waukegan, IL 60085-4216
20265500    American Express,    PO Box 981537,    El Paso, Texas 79998-1537
20265502    Astoria Federal Savings,    1 Astoria Federal Plaza,    Lake Success, New York 11042
20265501   +Astoria Federal Savings,    489 Neptune Ave,    New York, New York 11224-4003
20265503    Attorney Laura A. Holwell,    115 S. LaSalle St.,    Chicago, Illinois 60603-3902
20265504   +Blitt and Gaines PC,    661 W. Glenn Avenue,    Wheeling, Illinois 60090-6017
20265505   +Chase,    PO Box 24696,    Columbus, Ohio 43224-0696
20265506   +Chase Bank,    Cardmember Services,    PO Box 15298,    Wilmington, Delaware 19850-5298
20265507   +Chase Home Mortgage,    511 E. John Carpenter Fwy.,    Irving, Texas 75062-3911
20265508    Chase Home Mortgage,    Attn: Customer Care Research,    Mail Code: OH4-7302,    P.O. Box 24696,
             Columbus, Ohio 43224-0696
20265509    Citibank SD NA,    PO Box 6241,    Sioux Falls, South Dakota 57117-6241
20265511    Computer Credit Inc.,    640 W. Fourth Street,    PO Box 5238,
             Winston-Salem, North Carolina 27113-5238
20265514   +Dovenmuehle Mortgage,    Ste. 360, 1 Corporate Dr.,    Lake Zurich, Illinois 60047-8945
20265516    Frank Silva, Esq.,    Attorney for Shoma Homes Keys Gate Condo,    3470 NW 82nd Ave., Ste. 988,
             Doral, Florida 33122-1030
20265518   +HSBC/Capital One,    P.O. Box 30253,    Salt Lake City, Utah 84130-0253
20265517    Household Bank,    12447 SW 69th Ave, Attn: Dispute Process,    Tigard, Oregon 97223-8517
20265519   +Keys Gate Community Association,    888 Kingman Road,    Homestead, Florida 33035-1200
20265520    Ma Hirma Haro,    1505 North Rosehill,    Arlington Heights, Illinois 60004
20265521   +Maria Feliciano,    1322 S. Cora Street,    Des Plaines, Illinois 60018-1633
20265522   +Miami Management, Inc.,    1541 S.E. 12th Ave.,    Homestead, Florida 33034-2699
20265523   +Parrillo, Weiss & O'Halloran,    77 W. Wacker Dr.,    Chicago, Illinois 60601-1674
20265524   +Pierce & Associates,    1 N. Dearborn,    Chicago, Illinois 60602-4373
20265525   +Rush University Medical Center,    1653 W. Congress Pkwy.,    Chicago, Illinois 60612-3833
20265526   +Safeway Insurance,    790 Pasquinelli Dr.,    Westmont, Illinois 60559-5585
20265527   +State Farm,    1 State Farm Plaza,    Bloomington, Illinois 61791-0001
20265528   +Topper & Weiss, Ltd.,    19 S. LaSalle St.,    Chicago, Illinois 60603-1421
20265529    Windsor Woods Condominium Assn.,    2626 N Windsor Dr,    Arlington Heights, Illinois 60004-2719
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20265512      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 16 2014 01:35:41     Discover,   P. O. Box 3008,
               New Albany, Ohio 43054-3008
20265513      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 16 2014 01:35:41     Discover,   PO Box 30943,
               Salt Lake City, Utah 84130
20716082      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 16 2014 01:35:41     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
20265515      E-mail/Text: servicing.requests@flagstar.com Dec 16 2014 01:28:37     Flagstar Bank,
               5151 Corporate Drive,    Troy, Michigan 48098-2639
                                                                                              TOTAL: 4
```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
20265510     ##CitiFinancial,    Bankruptcy Dept.,    PO Box 140069,    Irving, Texas 75014-0069
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2014                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: ahamilton         Page 2 of 2            Date Rcvd: Dec 15, 2014
                              Form ID: pdf006         Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2014 at the address(es) listed below:

        David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
        il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
        David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
        il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
        Henry  Repay    on behalf of Debtor Pablo A. Monroy repaylawfirm@ithink2.net,
        cassie.repaylaw@gmail.com
        Jose G Moreno    on behalf of Creditor   JPMorgan Chase Bank, National Association
        nd-one@il.cslegal.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                  TOTAL: 5