**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-13387 |
| | § | |
| PABLO A. MONROY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $121,450.00 | Assets Exempt: | $72,000.00 |
| Total Distributions to Claimants: | $6,150.52 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $6,349.48 | | |

3) Total gross receipts of $12,500.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $12,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $187,000.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $6,349.48 | $6,349.48 | $6,349.48 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $75,901.97 | $13,660.00 | $13,660.00 | $6,150.52 |
| **Total Disbursements** | $262,901.97 | $20,009.48 | $20,009.48 | $12,500.00 |

4). This case was originally filed under chapter 7 on 03/31/2013. The case was pending for 24 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/02/2015        By:   /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Checking Account xxxxx9599 Chase Bank | 1141-000 | $12,500.00 |
| **TOTAL GROSS RECEIPTS** | | $12,500.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Home Mortgage | 4110-000 | $187,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $187,000.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $2,000.00 | $2,000.00 | $2,000.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $2.06 | $2.06 | $2.06 |
| Green Bank | 2600-000 | NA | $151.73 | $151.73 | $151.73 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $4,172.50 | $4,172.50 | $4,172.50 |
| Lakelaw, Attorney for Trustee | 3220-000 | NA | $23.19 | $23.19 | $23.19 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $6,349.48 | $6,349.48 | $6,349.48 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $13,660.00 | $13,660.00 | $13,660.00 | $6,150.52 |
| | American Express | 7100-000 | $175.00 | $0.00 | $0.00 | $0.00 |
| | Chase Bank | 7100-000 | $4,517.00 | $0.00 | $0.00 | $0.00 |
| | CitiFinancial | 7100-000 | $13,333.00 | $0.00 | $0.00 | $0.00 |
| | Dovenmuehle Mortgage | 7100-000 | $17,393.00 | $0.00 | $0.00 | $0.00 |
| | Flagstar Bank | 7100-000 | $25,303.00 | $0.00 | $0.00 | $0.00 |
| | Household Bank | 7100-000 | $931.00 | $0.00 | $0.00 | $0.00 |
| | HSBC/Capital One | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Ma Hirma Haro | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Rush University Medical | 7100-000 | $589.97 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $75,901.97 | $13,660.00 | $13,660.00 | $6,150.52 |

Case 13-13387    Doc 49    Filed 04/02/15    Entered 04/02/15 10:49:50    Desc Main
                          Document      Page 4 of 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 13-13387-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MONROY, PABLO A. | Date Filed (f) or Converted (c): | 03/31/2013 (f) |
| For the Period Ending: | 3/2/2015 | §341(a) Meeting Date: | 05/30/2013 |
| | | Claims Bar Date: | 10/09/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 314 Chaparral Circle Elgin, IL 60120 | $120,000.00 | $0.00 | | $0.00 | FA |
| 2 | Cash On Hand | $100.00 | $0.00 | | $0.00 | FA |
| 3 | Checking Account xxxxx9599 Chase Bank | $300.00 | $0.00 | | $12,500.00 | FA |
| 4 | Debtor's Half-Interest Household Goods and Furnishings | $1,500.00 | $0.00 | | $0.00 | FA |
| 5 | Wearing Apparel | $100.00 | $0.00 | | $0.00 | FA |
| 6 | Union Retirement Plan | $65,500.00 | $0.00 | | $0.00 | FA |
| 7 | 2000 Toyota Corolla (Mileage 192,000) | $1,950.00 | $1,450.00 | | $0.00 | FA |
| 8 | Debtor's Half-Interest 2004 Honda Odyssey EXL (Co-owned with Spouse) (Mileage 100,000) | $4,000.00 | $0.00 | | $0.00 | FA |
| 9 | VOID | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                         **Gross Value of Remaining Assets**

            $193,450.00     $1,450.00             $12,500.00     $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 09/30/2014 | TFR prepared for Trustee's Review |
| 09/01/2013 | Requested bank statements, may need 2004 exam as Debtor's attorney has not complied with request. |
| 07/09/2013 | Complaint drafted and sent to linda for review |
| 07/05/2013 | Debtor received $10,760.00 on March 18, 2013. Debtor makes $300 p/m but most of all the income was Pablow Monroy's. |
| | Debtor purchased a 2004 Honda Odyssey EXL (purchased with proceeds of tax refund). |
| | David wanted to see bank records from the date he received refund - funds transferred to wife's account |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 13-13387-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MONROY, PABLO A. | Date Filed (f) or Converted (c): | 03/31/2013 (f) |
| For the Period Ending: | 3/2/2015 | §341(a) Meeting Date: | 05/30/2013 |
| | | Claims Bar Date: | 10/09/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

06/05/2012    Sent email to David:

Debtor filed bankruptcy on March 31, 2013.

Debtor purchased a vehicle on March 12, 2013 for the amount of $8,200.00 prior to the petition date; it appears that this vehicle was purchased with savings.

Debtor received income tax in the amount of $10,760.00 on March 18, 2013.

Debtor transferred $9,800.00 on March 27, 2013 to brother in Colombia but later cancelled this transaction. On April 9, 2013 these same funds were transferred to wife's account.

You were considering barring discharge and taking a rule 2004 exam of Diana Monroy and possibly objecting to exemptions.

If we conclude the 341 meeting we will have 30 days to object to exemptions; let me know if you want to conclude on wait.

I will get us employed; file a motion for rule 2004 exam of Diana; and extend the discharge date so that you may consider barring the debtor's discharge date.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 09/30/2014 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 11/30/2014 | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-13387-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MONROY, PABLO A. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8188 | Checking Acct #: | ******8701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/31/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/2/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/02/2013 | (3) | Diana Monroy | Payment RE: Transfers | 1141-000 | $11,000.00 | | $11,000.00 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $16.03 | $10,983.97 |
| 01/10/2014 | (3) | Diana Monroy | Payment | 1141-000 | $500.00 | | $11,483.97 |
| 01/17/2014 | (3) | Diana Monroy | Settlement payment | 1141-000 | $1,000.00 | | $12,483.97 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $20.06 | $12,463.91 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $18.16 | $12,445.75 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $18.78 | $12,426.97 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $19.40 | $12,407.57 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $20.66 | $12,386.91 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $18.69 | $12,368.22 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $19.95 | $12,348.27 |
| 01/09/2015 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $2,000.00 | $10,348.27 |
| 01/09/2015 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $2.06 | $10,346.21 |
| 01/09/2015 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 4,172.50; Amount Allowed: 4,172.50; Distribution Dividend: 100.00; | 3110-000 | | $4,172.50 | $6,173.71 |
| 01/09/2015 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 23.19; Amount Allowed: 23.19; Distribution Dividend: 100.00; | 3220-000 | | $23.19 | $6,150.52 |
| 01/09/2015 | 3005 | Discover Bank | Claim #: 1; Amount Claimed: 13,660.00; Amount Allowed: 13,660.00; Distribution Dividend: 45.03; | 7100-900 | | $6,150.52 | $0.00 |
| | | | **TOTALS:** | | $12,500.00 | $12,500.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $12,500.00 | $12,500.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $12,500.00 | $12,500.00 | |

| For the period of 3/31/2013 to 3/2/2015 | | For the entire history of the account between 12/02/2013 to 3/2/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $12,500.00 | Total Compensable Receipts: | $12,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,500.00 | Total Comp/Non Comp Receipts: | $12,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $12,500.00 | Total Compensable Disbursements: | $12,500.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,500.00 | Total Comp/Non Comp Disbursements: | $12,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 2

Case 13-13387 Doc 49 Filed 04/02/15 Entered 04/02/15 10:49:50 Desc Main
Document Page 8 of 8

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 13-13387-JPC | **Trustee Name:** David Leibowitz |
| **Case Name:** | MONROY, PABLO A. | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***8188 | **Checking Acct #:** ******8701 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 3/31/2013 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 3/2/2015 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $12,500.00 | $12,500.00 | $0.00 |

**For the period of 3/31/2013 to 3/2/2015**

| | |
|---|---|
| Total Compensable Receipts: | $12,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $12,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/31/2013 to 3/2/2015**

| | |
|---|---|
| Total Compensable Receipts: | $12,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $12,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |